IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:06CR25-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| MICHAEL KLUVER, | ) | |
| Defendant. | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to MICHAEL KLUVER, only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

Signed: December 13, 2006

Richard L. Voorhees
United States District Judge